UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
98 SEP 16 PH 2:09

In Re:  CASE NO(S).: 5 88 03457 JRG

DANIEL HEINDEL
ANKE HEINDEL

Debtor(s)  ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 USC 2042, and in good cause appearing therefore, it is hereby ORDERED that the amount of $ 5,329.86, constituting an unclaimed dividend, is declared due to GTE CORP.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, Northern District of California, cause a voucher to be issued resulting in the payment of said unclaimed dividend to the order of: GTE CORP.
    C/O THE FINDERS GROUP
    P.O. BOX 1647
    SIMI VALLEY, CA  93062

Dated: Sept 16, 1998

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                           CASE NO: 5 88 03457 JRG

DANIEL HEINDEL
ANKE HEINDEL

                    Debtor,

**MOTION FOR RELEASE OF UNCLAIMED FUNDS**

There having been a dividend check in the amount of $ 5,329.86 issued in the above case to creditor GTE and said check having not been cashed by said payee, the Trustee of this Estate, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed dividend to the Clerk, U.S. Bankruptcy Court. These funds are currently being held in the Court's registry account of unclaimed funds.

The dividend check was not received by the creditor because the check was mailed to an old box and could not be forwarded.

Motion is hereby made for an order directing the Clerk, U.S. Bankruptcy Court to cause a voucher to be issued resulting in the payment of said unclaimed funds in the total amount of $ 5,329.86 to the above creditor.

Dated: 1/20/98

                                              Respectfully submitted,

                                              by
                                              David A. Melone
                                              The Finders Group
                                              P.O. Box 1647
                                              Simi Valley, CA 93062
                                              (805) 520-1986
                                              ( Locator )